UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**SUPPRESSED**

**FILED**
NOV 1 6 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | No. |
| v. | ) ) | |
| MONTEZ L. MONTGOMERY | ) ) | 4:22CR649-RLW/JMB |
| Defendant. | ) ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about November 1, 2022, in the City of St. Louis, within the Eastern District of Missouri,

**MONTEZ L. MONTGOMERY,**

the defendant herein, aiding and abetting others, with intent to cause death and serious bodily harm, took from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 2011 Chevrolet Cruz, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 2119 and 2, and punishable under Title 18, United States Code, Section 2119(1).

### COUNT TWO

The Grand Jury further charges that:

On or about November 1, 2022, in the City of St. Louis, within the Eastern District of Missouri,

**MONTEZ L. MONTGOMERY,**

the defendant herein, aiding and abetting others, knowingly possessed and brandished a firearm in furtherance of a crime of violence for which he may be prosecuted in a court of the United States,

that is, carjacking as charged in Count One.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2, and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
CASSANDRA J. WIEMKEN, #91586KY
Assistant United States Attorney